UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL JAY LEE HARVEY,

               Petitioner,

v.

PAT GLEBE,

               Respondent.

CASE NO. C13-6094 BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge (Dkt. 23), and Petitioner Michael Jay Lee Harvey's ("Harvey") objections to the R&R (Dkt. 25).

On June 23, 2014, Judge Strombom issued the R&R recommending that the Court deny Harvey's petition. Dkt. 23. On July 18, 2014, Harvey filed objections. Dkt. 25. Although Harvey raises numerous objections, he fails to show that Judge Strombom made any error of law. Moreover, Harvey cites state law in support of his arguments, which is insufficient to show that the last state court decision regarding Harvey's conviction resulted in an error of federal law. *See* Dkt. 25. Therefore, the Court having

ORDER - 1

considered the R&R, Harvey's objections, and the remaining record, does hereby find and order as follows:

  (1)  The R&R is **ADOPTED**;

  (2)  Harvey's petition is **DENIED**;

  (3)  A Certificate of Appealability is **DENIED**; and

  (4)  This action is **DISMISSED**.

Dated this 20th day of August, 2014.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge